MN, ND - 305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5
For Deposit to Registry Fund**

Debtor:          ANNE MARIE WINUM

Chapter 7 Case No.   07-42694-NCD

Please Check One:

XXX   Unclaimed Dividends

_____ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Stale Check Report | | | 12.49 |

DATED: March 23, 2011

John R. Stoebner, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN  55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

08-238

RECEIVED 11 MAR 24 AM 9:27 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

Printed: 03/23/11 01:32 PM

# Stale Check Report

Page: 1

**Trustee:** John R. Stoebner (430050)
**Case:** 07-42694 - WINUM, ANNE MARIE

| Account No. | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|
| 9200-02188769-66 | 130 | 03/23/11 | US BANKRUPTCY COURT REGISTRY FUNDS | | | | $12.49 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02188769-66 | 17 | 117 | 09/21/07 | 610 | PEDIATRIC RADIOLOGY<br>PO BOX 46100<br>MINNEAPOLIS, MN 55446 | 23.76 | 23.76 | 0.70 | 0.70 |
| 9200-02188769-66 | 28 | 126 | 09/26/08 | 610 | DIANE DODD<br>155 S WABASHA ST STE 125<br>SAINT PAUL, MN 55107 | 400.00 | 400.00 | 11.79 | 11.79 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.